**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 1500 MINERAL SPRING ASSOCIATES, LP, ET. AL, Appellants, | |
| vs. | C.A. No. 04-496T<br>C.A. No. 05-010T |
| LOUIS A. GENCARELLI, SR., Appellee. | |
| In re: | |
| LOUIS A. GENCARELLI, SR., Debtor. | Bk. No. 04-10682<br>(Chapter 11) |

**APPELLANTS' MOTION TO CONSOLIDATE THE HEARINGS ON THEIR REQUESTS FOR LEAVE TO APPEAL**

The Appellants, 1800 Smith Street Associates, LP and 1500 Mineral Spring Associates, LP, by and through their General Partner, Jason's Realty Corp. (collectively, the "Creditors"), hereby request that this Honorable Court consolidate the hearing of oral argument on their two Motions for Leave to Appeal from certain orders entered in the above-referenced bankruptcy proceeding. Specifically, the Creditors request that the Court consider/entertain the following on February 11, 2005 at 2:00 p.m.:

(1) the Motion for Leave to Appeal from the Order and Judgment entered by the U.S. Bankruptcy Court for the District of Rhode Island on November 10, 2004, which denied the Creditors' Motion to Dismiss the individual Chapter 11 bankruptcy petition of Debtor Louis A. Gencarelli, Sr. on the ground of lack of good faith pursuant to 11 U.S.C.



4

§1112(b) and §105 (docketed in this Court as C.A. No. 04-496T and already scheduled for hearing before Justice Torres on February 11, 2005 at 2:00 p.m.); and

(2) the Motion for Leave to Appeal from the Order and Judgment entered by the U.S. Bankruptcy Court for the District of Rhode Island on December 29, 2004, which overruled the Creditors' Objection to, and granted Debtor Louis A. Gencarelli, Sr.'s Motion for authority to release $2.5 million of bankruptcy estate funds to himself in order to pay tax liabilities (docketed in this Court as C.A. No. 05-010T and not yet scheduled for hearing).

Each of the above-referenced Motions for Leave to Appeal arise from the same bankruptcy proceeding and the same factual background. Thus, even though the Creditors are asking this Court to review distinct legal issues, the underlying facts which the Court must consider in making the determination of whether to grant leave to appeal are common and largely undisputed. Therefore, the proposed joint hearing will promote judicial economy and prevent any duplication of effort.[1] Finally, no party in interest will be prejudiced by the proposed consolidated hearing. In fact, counsel for the Debtor has indicated that he has no objection to the proposed consolidated hearing date.

[1] Note that the Creditors have also filed an appeal as of right from the Order and Judgment entered by the U.S. Bankruptcy Court for the District of Rhode Island on November 22, 2004, which overruled the Creditors' Motion to, and granted Debtor Louis A. Gencarelli, Sr.'s Motion to Limit the Allowance of Claims pursuant to 11 U.S.C. §506(b) (docketed in this Court as C.A. No. 05-009T). In the event this Court grants the Creditors' Motions for Leave to Appeal, the Creditors intend to move to consolidate the record on appeal and the briefing schedule with respect to all three pending appeals.

Consequently, for all of the reasons aforesaid, the Creditors respectfully request that the Court consolidate the hearing on the Creditors' two Motions for Leave to Appeal and consider both on February 11, 2005 at 2:00 p.m.

Respectfully submitted,

1500 MINERAL SPRING ASSOCIATES, LP, and 1800 SMITH STREET ASSOCIATES, LP, by and through their General Partner JASON'S REALTY CORP.

By their Attorneys,

Denean M. Russo

Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 (facsimile)
Dated: February 2, 2005

**CERTIFICATION**

I hereby certify that a true copy of the within Motion was sent first class mail, postage prepaid, on this 2nd day of February, 2005, to the following:

Joseph Ferrucci, Esq.
Christopher Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Leonard J. DePasquale, Esq.
Assistant United States Trustee
10 Dorrance Street
Suite 910
Providence, RI 02903

Michelle B. Daugherty

G:\Sisto, Bennie\Gencarelli, Louis A. Sr\BANKRUPTCY PLEADINGS\Motion to Consolidate Hearings 012805.doc

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: :

Louis A. Gencarelli, Sr. :
Debtor(s)

:

- - - - - - - - - - - - - - - - -*

BK No. 04-10682
Chapter 11

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**RE: C.A. No. 05-010T**

Transmitted herewith for consideration is:

1) Appellant's Motion for Leave to Appeal filed by Creditors 1500 Mineral Spring Associates LP, 1800 Smith Street Associates LP, by and through their General Partner, Jason's Realty Corp.

2) Appellee's Objection with supporting memorandum.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 1/21/05

By: jld
Deputy Clerk

RECEIVED
JAN 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND