UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-496T & CA05-10T DATE: February 11, 2005**

**TITLE: 1500 Mineral Spring, et al v. Louis Gencarelli**

**CHIEF JUDGE ERNEST C. TORRES**

**Courtroom Clerk: Dana Fernandes**

**Court Reporter: Angela Reynolds**

**For Plaintiff: Robert Wieck, Esq.; Denean Russo, Esq.**

**For Defendant: Christopher Mulhearn, Esq.; Joseph Ferrucci, Esq.**

---

**PROCEEDINGS: <u>PLAINTIFFS' MOTIONS FOR LEAVE TO APPEAL</u>**

**All counsel of record present. Court has received memorandum filed by counsel. After argument - matter taken under advisement.**

6