**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 1500 MINERAL SPRING ASSOCIATES, LP, ET. AL, Appellants, vs. LOUIS A. GENCARELLI, SR., Appellee. | C.A. No. 04-496T<br>C.A. No. 05-09T<br>C.A. No. 05-10T |
| In re: LOUIS A. GENCARELLI, SR., Debtor. | Bk. No. 04-10682<br>(Chapter 11) |

**APPELLANTS' MOTION TO VACATE BRIEFING ORDER**

The Appellants, 1800 Smith Street Associates, LP and 1500 Mineral Spring Associates, LP, by and through their General Partner, Jason's Realty Corp. (collectively, the "Creditors"), hereby request that this Honorable Court vacate the Order Regarding Briefing Schedule entered on April 8, 2003 (the "Briefing Order"). For grounds, the Creditors state that their two Motions for Leave to Appeal (C.A. Nos. 04-496T and 05-10T) from certain orders entered in the above-referenced bankruptcy proceeding were granted by this Court and "consolidated for hearing with C.A. No. 05-09T" by an Order entered on April 7, 2005. Thereafter, Creditors received the Briefing Order. However, the current record on appeal submitted to this Court with respect to the issues in 05-09T is incomplete as to the issues in 04-496T and 05-10T. Therefore, a supplemental record is necessary for this Court to fully adjudicate all of the issues in all three appeals. Accordingly, the Creditors are filing simultaneously herewith a Motion to Consolidate the Record on Appeal and Briefing Schedule. Said Motion contemplates the preparation and



9

filing by the Creditors of a binder containing the consolidated record on appeal for use and reference by the Court, and citation thereto by both parties. Consolidated briefs addressing the issues in all three appeals would then be filed by the parties in accordance with a designated schedule approved by the Court.

Consequently, for all of the reasons aforesaid, the Creditors respectfully request that the Court vacate the Briefing Order as being premature at this time. Counsel for the Appellee has no objection to the granting of the within Motion to Vacate.

Respectfully submitted,

1500 MINERAL SPRING ASSOCIATES, LP, and 1800 SMITH STREET ASSOCIATES, LP, by and through their General Partner JASON'S REALTY CORP.

By their Attorneys,

Denean M. Russo

Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 (facsimile)
Dated: April 19, 2005

## CERTIFICATION

I hereby certify that a true copy of the within Motion to Vacate was sent first class mail, postage prepaid, on this 19th day of April, 2005, to the following:

Joseph Ferrucci, Esq.
Christopher Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Leonard J. DePasquale, Esq.
Assistant United States Trustee
10 Dorrance Street
Suite 910
Providence, RI 02903

Michelle B. Daugherty