**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

1500 MINERAL SPRING
ASSOCIATES, LP, ET. AL,
Appellants,

vs.

LOUIS A. GENCARELLI, SR.,
Appellee.

C.A. No. 04-496T
C.A. No. 05-09T
C.A. No. 05-10T

FILED
APR 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

In re:

LOUIS A. GENCARELLI, SR.,

Debtor.

Bk. No. 04-10682
(Chapter 11)

**APPELLANTS' MOTION TO CONSOLIDATE THE RECORD ON APPEAL AND BRIEFING SCHEDULE**

The Appellants, 1800 Smith Street Associates, LP and 1500 Mineral Spring Associates, LP, by and through their General Partner, Jason's Realty Corp. (collectively, the "Creditors"), hereby request that this Honorable Court grant the within Motion (a) permitting the Creditors to prepare and file a consolidated record on appeal and, thereafter, (b) permitting the parties to file consolidated briefs in accordance with the proposed briefing schedule set forth herein.

For grounds, the Creditors state that their two Motions for Leave to Appeal (C.A. Nos. 04-496T and 05-10T) from certain orders entered in the above-referenced bankruptcy proceeding were granted by this Court and "consolidated for hearing with C.A. No. 05-09T" by an Order entered on April 7, 2005. Each of the three above-referenced appeals arise from the same bankruptcy proceeding and the same factual background. Thus, even though this Court will review distinct legal issues, the underlying facts and Bankruptcy Court record which the Court



10

must consider are common and largely undisputed. By consolidating the record, the parties will have an identical, uniform set of documents to refer and cite to in their respective consolidated briefs. Furthermore, the Court will have the same set of documents for its review and consideration. Therefore, the proposed consolidation will promote judicial economy and prevent any duplication of effort by the Court and the parties. Finally, no party in interest will be prejudiced by the proposed consolidation. In fact, consolidation will make things easier for all concerned.

## The Proposed Consolidation

1. Counsel for the Creditors will prepare, in consultation with counsel for Appellee Louis A. Gencarelli, Sr. ("Gencarelli"), and file with the Court a binder containing the consolidated record on appeal. A duplicate binder will be distributed to counsel for Gencarelli and one will be retained by counsel for the Creditors.

2. The briefs shall be in the form prescribed by Bankruptcy Rule 8010.

3. The briefing schedule for all three appeals will be consolidated. The parties will submit briefs as follows: (a) the Appellant Creditors shall serve and file a brief within 30 days after the date of the filing of the consolidated record on appeal; (b) the Appellee Gencarelli shall serve and file a brief within 30 days after service of the brief of the Apellant Creditors; (c) the Appellant Creditors may serve and file a reply brief within 15 days after service of the brief of Appellee Gencarelli.

Consequently, for all of the reasons aforesaid, the Creditors respectfully request that the Court grant the within Motion permitting the proposed consolidation.

Respectfully submitted,

1500 MINERAL SPRING ASSOCIATES, LP, and 1800 SMITH STREET ASSOCIATES, LP, by and through their General Partner JASON'S REALTY CORP.

By their Attorneys,

Denean M. Russo

Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 (facsimile)
Dated: April 19, 2005

**CERTIFICATION**

I hereby certify that a true copy of the within Motion was sent first class mail, postage prepaid, on this 19th day of April, 2005, to the following:

Joseph Ferrucci, Esq.
Christopher Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Leonard J. DePasquale, Esq.
Assistant United States Trustee
10 Dorrance Street
Suite 910
Providence, RI 02903

Michelle B. Daugherty

G:\Sisto, Bennie\Gencarelli, Louis A. Sr\BANKRUPTCY PLEADINGS\Motion to Consolidate Record on Appeal & Briefs 041205.doc